IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PROFESSIONAL COMMUNICATIONS,  :
INC., et al.
: 
    Plaintiffs  :
:
v.  : Civil Action No. CCB-00-CV1309
:
CONTRACT FREIGHTERS, INC., et al.  :
:
    Defendants  :

## PRAECIPE

Mradam Clerk:

Please dismiss the Motion for a Protective Order filed by Defendant HBI Priority Freight.

*/s/ John J. O'Neill, Jr.*
John J. O'Neill, Jr.  #3075
22 West Jefferson Street, Suite 405
Rockville, Maryland  20850
(301) 279-0099
*Co-Counsel for Defendant*
*HBI Priority Freight*

Approved
[signature]
(U.S.D.J.) 4-19-01

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of April, 2001, a copy of the foregoing was mailed, postage prepaid, to

    James D. Skeen, Esquire
    Wright, Constable & Skeen, LLP
    100 North Charles Street, 16th Floor
    Baltimore, Maryland 21201

    Patrick G. Cullen, Esquire
    Rollins, Smalkin, Richards & Mackie, LLC
    401 N. Charles Street
    Baltimore, Maryland 21201

    Robert P. O'Brien, Esquire
    Niles, Barton & Wilmer
    111 South Calvert Street, Suite 1400
    Baltimore, Maryland 21202

    Melvin J. Kodenski, Esquire
    Kodensky & Canaras
    19 E. Fayette Street, Suite 400
    Baltimore, Maryland 21202

    Craig F. Ballew, Esquire
    Tracey J. McLauchlin, Esquire
    Ferguson, Schetelich & Heffernan, P.A.
    1401 Bank of America Center
    100 S. Charles Street
    Baltimore, Maryland 21201-2725

_/s/ John J. O'Neill_
John J. O'Neill, Jr.