```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

PROFESSIONAL COMMUNICATIONS,
INC., et al.

v.  :  CIVIL NO. CCB-00-CV1309

CONTRACT FREIGHTERS,
INC., et al.

...oOo...

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant Covenant's motion for summary judgment on Counts I, II and III of the complaint is **Granted;**

2. Defendant Covenant's motion for summary judgment on Counts I and II of Defendant HBI's cross-claim is **Granted;**

3. Plaintiffs' motion for summary judgment against defendant HBI on Count II, claims 8 through 13 of the complaint is **Granted.**

4. Plaintiffs' motion for summary judgment against defendant HBI on Count II, claim 14 of the complaint is **Denied.**

5. Plaintiffs' motion for summary judgment against defendant HBI on Count III, claims 15 through 17 of the complaint is **Granted.**

6. Plaintiffs' motion for summary judgment against defendant HBI on Count III, claim 18 of the complaint is **Denied.**

7. Defendant Contract Freighter's motion for summary judgment on Count I of the complaint is **Denied.**

8. Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

_10/17/01_
Date

Catherine C. Blake
United State District Judge