UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 21  A 10 00 2

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

**U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836**

November 20, 2002

James D. Skeen, Esquire
Wright, Constable & Skeen
100 N. Charles Street
One Charles Center, 16th Floor
Baltimore, MD 21201

John J. O'Neill, Jr., Esquire
22 West Jefferson Street
Suite 405
Rockville, MD 20850

Patrick G. Cullen, Esquire
Rollins, Smalkin, Richards & Mackie
401 North Charles Street
Baltimore, MD 21201-4405

  Re: <u>Professional Communications v. Contract Freighters, et al.
     Civil No. CCB-00-1309</u>

Dear Counsel:

  This will confirm the schedule that has been set in this case and provide certain instructions relating to your pretrial and trial preparation.

**Schedule**

| | |
|---|---|
| **March 22, 2002** | Deadline for submitting pretrial order, motions in limine,[1] proposed voir dire questions, proposed jury instructions, and proposed special verdict forms |
| **March 29, 2002**<br>**9:15 a.m.** | Pretrial conference in chambers (counsel only) |
| **April 29, 2002**<br>**10:00 a.m.** | Trial, 2-3 day jury (counsel should come to chambers at 9:30 a.m. that morning) |

---

  [1] The original of the motions in limine should be filed in the Clerk's Office.

U.S. District Court (Rev. 09/2001)




**Voir Dire and Jury Instructions**

You should submit proposed joint voir dire questions, proposed joint jury instructions on issues specifically relating to this case, and proposed joint special verdict forms.[2] You should submit separately any voir dire questions, jury instructions and special verdict forms upon which you cannot agree. All of your proposed voir dire questions, jury instructions and special verdict forms should be submitted in hard copy and on IBM compatible, Word Perfect 8.0, diskettes.

Your proposed joint voir dire should include a brief proposed statement to be read to the venire panel explaining the nature of the case in general terms.

Your proposed jury instructions should (a) be typed one per page, (b) be numbered and assembled in the order in which you request that they be read to the jury, and (c) include a citation of the authorities supporting the instruction.

**Guaranteeing Witness Availability**

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2.h. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7.a. You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b.

---

[2] In accordance with Local Rule 106.8.b, you may request me to provide you a copy of my customary general (non-case-specific) instructions.

**Use of Courtroom Equipment**

Please refer to the attached pamphlet for available courtroom technologies.

**Trial Instructions**

Please read carefully the attached memorandum entitled "Instructions To Counsel Re Trial Procedure And Conduct." You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

**Settlement**

Unless the court is notified of any settlement no later than one full business day prior to the day on which the trial is scheduled to begin, jury costs will be imposed in accordance with Local Rule 107.4. Ordinarily, in civil cases 25-28 potential jurors are called as members of the venire panel and the cost per juror is approximately $70.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Catherine C. Blake
United States District Judge