IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PROFESSIONAL COMMUNICATIONS, :
INC., et al.

    Plaintiffs

v.                           :   Civil Action No. CCB-00-CV1309

CONTRACT FREIGHTERS, INC., et al. :

    Defendants

## PRAECIPE OF DISMISSAL

Madam Clerk:

Please enter the above-captioned matter as settled and dismissed with prejudice, paid and satisfied, as to all claims and cross-claims.

_____
James D. Skeen, Esquire
Wright, Constable & Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201
(410) 659-1306
*Attorney for Plaintiffs*

_____
Patrick G. Cullen, Esquire
Rollins, Smalkin, Richards & Mackie, LLC
401 N. Charles Street
Baltimore, Maryland 21201
(410) 727-2443
*Attorney for Defendant Contract Freighters, Inc.*

_____
John J. O'Neill, Jr.
22 West Jefferson Street, Suite 405
Rockville, Maryland 20850
(301) 279-0099
*Counsel for Defendant HBI Priority Freight*

"Approved" THIS 8 DAY OF July, 2002

_____
UNITED STATES DISTRICT JUDGE